**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM EGGEBRECHT, individially, and HANNALORE EGGEBRECHT, individually,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; COUNTY OF LOS ANGELES, a public entity; ONE WEST BANK, a corporation; LT MATTHEW SQUIRE, an individual; DOE SHERIFF No. 1, an individual; DOE SHERIFF No. 2, and individual; DOE SHERIFF No. 3, an individual; and DOES 4 through 100 inclusive,<br><br>　　　　　Defendants. | Case No. CV 14-4190-GW(ASx)<br><br>**ORDER GRANTING STIPULATION RE DISMISSAL AND REMAND** |

1   The Court having received and reviewed the Stipulation Re Dismissal and
2   Remand submitted by the parties;
3   IT IS HEREBY ORDERED THAT:
4   (1)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Action is
5   dismissed **WITH PREJUDICE** as to all claims asserted by plaintiffs William
6   Eggebrecht and Hannalore Eggebrecht (the "Eggebrechts") against defendant OneWest
7   Bank, N.A. ("OneWest");
8   (2)  The Action shall be remanded to the Superior Court of California, County of
9   Los Angeles; and
10  (3)  The Eggebrechts and OneWest shall bear their own attorneys' fees and costs
11  as to the dismissed claims.

IT IS SO ORDERED.

Dated:  July 18, 2014

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE